FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID B.,[1] | No. 2:24-cv-00026-RHW |
| Plaintiff, | **ORDER DENYING REPORT AND RECOMMENDATION AS MOOT** |
| vs. | |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,[2] | **ECF Nos. 2, 4** |
| Defendant. | |

The Court, having reviewed Plaintiff's application for leave to proceed *in forma pauperis* ("IFP"), the Report and Recommendation, and the remaining record, and noting the receipt of Plaintiff's filing fee, hereby orders:

    1.  Plaintiff's IFP application, **ECF No. 2**, is **DENIED** as **MOOT**.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.  *See* LCivR 5.2(c).

[2] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley, Commissioner of Social Security, is substituted as the named Defendant.

ORDER - 1

2.    The Court does not adopt the Report and Recommendation, **ECF No. 4**, because Plaintiff has paid the filing fee.  It is therefore rejected as moot.

The District Court Executive is directed to enter this Order and forward copies to counsel and Judge Goeke.

DATED February 9, 2024.

_s/Robert H. Whaley_
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2