FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2025

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DAVID B., <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO,[1] COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:24-cv-00026-RHW <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> **ECF Nos. 8, 12, 14** |

Before the Court is the Report and Recommendation issued by Magistrate Judge James A. Goeke, ECF No. 14, recommending Plaintiff's Motion to reverse, ECF No. 8, be denied and Defendant's Motion to affirm, ECF No. 12, be granted. No objections were filed. After reviewing the Report and Recommendation, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED**:

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano, Commissioner of Social Security, is substituted as the named Defendant.

ORDER - 1

1. The Report and Recommendation, **ECF No. 14**, is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 8**, is **DENIED**.

3. Defendant's Motion for Summary Judgment, **ECF No. 12**, is **GRANTED**. The Commissioner's decision is **AFFIRMED**.

The District Court Executive is directed to update the docket sheet to reflect the substitution of Frank Bisignano as Defendant, enter this Order, **ENTER JUDGMENT** in favor of Defendant, forward copies to counsel and Magistrate Judge Goeke, and **CLOSE THE FILE**.

DATED May 14, 2025.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER - 2